

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,055-01

## EX PARTE ANDREW JAMES BLACKWELL, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 21DCR84349-A IN THE 264TH DISTRICT COURT BELL COUNTY

*Per curiam.*

## O P I N I O N

A jury convicted Applicant of sexual assault. The trial court assessed his punishment at ten years' imprisonment. Applicant appealed his conviction to the Third Court of Appeals, but it was dismissed at his request. *Blackwell v. State*, No. 03-24-00347-CR (Tex. App.—Austin, delivered October 30, 2024) (not designated for publication). Through habeas counsel, Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this

Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant argues that his trial counsel wrongly informed him that the trial court had the authority to place Applicant on community supervision after being convicted by the jury of sexual assault. This information was incorrect because a judge may not order community supervision to a defendant adjudged guilty of sexual assault under Section 22.011 of the Texas Penal Code. TEX. CODE CRIM. PROC. art 42A.054(8). Once Applicant was convicted by the jury of sexual assault, only the jury had the authority to make a recommendation for community supervision. *See* TEX. CODE CRIM. PROC. art. 42A.055. This Court's independent review of the record shows that Applicant is entitled to habeas relief. *See Miller v. State*, 548 S.W.3d 497 (Tex. Crim. App. 2018).

Relief is granted. *Strickland v. Washington*, 466 U.S. 668 (1984). The sentence in cause number 21DCR84349-A in the 264th District Court of Bell County is set aside, and Applicant is remanded to the custody of the Sheriff of Bell County for a new punishment hearing. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 15, 2026
Do not publish